**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Pete PEREZ, III, Defendant–Appellant.**

### No.  09–16167
### Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 9, 2010.

Terry Flynn, U.S. Attorney's Office, N.D. of Florida, Tallahassee, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, Charles William Lammers, Federal Public Defender's Office, Tallahassee, FL, Gwendolyn L. Spivey, Federal Defender Office, Tallahassee, FL, for Defendant–Appellant.

Before EDMONDSON, CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Pete Perez, III, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED,** and Perez's convictions and sentences are **AFFIRMED.**